

# MELVYN K. ROTH
ATTORNEY AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530-2004

(516) 683-8400

TELECOPIER
(516) 683-8410

January 5, 2016

**Via Facsimile (212-805-7933)**
Hon. Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: USA v. Samantha Boubert
15-MAG-4558

Dear Judge Peck:

On December 22, 2015, Samantha Boubert was arraigned and released on a $75,000.00 personal recognizance bond. The bond has to be signed by a financially responsible person. Samantha Boubert's father needs until Friday, January 8, 2016 in order to obtain the necessary paperwork for the U.S. Attorney.

Assistant United States Attorney Andrew Thomas has consented to this request.

Thank you for your consideration.

Very Truly Yours,

MELVYN K. ROTH

MKR:cf

**MEMO ENDORSED, 1/5/16**
Approved on consent.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge